IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                         PLAINTIFFS

v.                          No. 4:25-cv-722-DPM

ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a Blue Cross and
Blue Shield of Virginia and DOES, 1–25,
Inclusive                                              DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                         PLAINTIFFS

v.                          No. 4:25-cv-1013-DPM

HEALTH CARE SERVICE
CORPORATION, a Mutual Legal Reserve
Co., d/b/a Blue Cross and Blue Shield of
Illinois, Blue Cross and Blue Shield of
Texas, and Blue Cross and Blue Shield of
Oklahoma and DOES, 1–25, Inclusive           DEFENDANTS

## ORDER

1. For the reasons stated in *Doc. 49* in *CommonSpirit I*, Health Care Service Corporation's motion to dismiss, *Doc. 8* in No. 4:25-cv-1013-DPM, is denied.

2. The Court consolidates case No. 4:25-cv-1013-DPM with the lead case No. 4:25-cv-722-DPM (*CommonSpirit I*). These cases involve common questions of law and fact; consolidation for pretrial matters makes good sense. All future filings must be made under No. 4:25-cv-722-DPM.

3. The Court directs Health Care Service Corporation to the potential recusal issue created by my health insurance with Arkansas Blue Cross Blue Shield. *See Doc. 6* in *CommonSpirit I*. Any response or motion to recuse from the new defendant based on this connection is due by 17 June 2026. If Health Care Service Corporation seeks no relief by that date, I will stay on this case.

4. The Court approves the parties' consolidated amended complaint plan and deadline. *Doc. 57 at 3* in *CommonSpirit I*. At the upcoming status conference, we'll discuss how to handle responding motion practice.

5. The Court will hold an in-person status conference at 1:30 p.m. on Wednesday, 15 July 2026 in Courtroom 1A of the Richard Sheppard Arnold Courthouse in Little Rock to finish a case plan.

6. The Court requests a further joint report from the parties. If there is a standard agreement about the Blue Card program between the hospitals and the Blue Cross entities, please file a copy. CommonSpirit must file its contract with Blue Cross Arkansas, too. These agreements may be filed under seal. The parties may also attach

-2-

(under seal) any other contract documents any of them believe are at the core of the dispute. In the joint report, please identify the material contract terms about payment and payment rates. Joint report due by 26 June 2026.

*

Motion to dismiss, *Doc. 8* in No. 4:25-cv-1013-DPM, denied. Case No. 4:25-cv-1013-DPM consolidated with case No. 4:25-cv-722-DPM. Any response or motion from Health Care Service Corporation on recusal issues due by 17 June 2026. Joint report about the contracts due by 26 June 2026. Status conference set for 15 July 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2026